[No. 10895-0-II.   Division Two.   August 3, 1988.]

JEFFREY MCKENZIE, ET AL, *Appellants,* v. OSTRANDER ROCK & CONSTRUCTION COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85-2-00126-6, Alan R. Hallowell, J., entered March 31, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 20887-0-I.   Division One.   August 8, 1988.]

RUTH MOSES, *Respondent,* v. HUGH H. HUTCHESON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-19074-2, Dale Ramerman, J. Pro Tem., entered July 28, 1987. *Reversed* by unpublished opinion per Scholfield, C.J., concurred in by Grosse and Webster, JJ.

[No. 19388-1-I.   Division One.   August 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN WARD ELLIS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00346-7, Gerald L. Knight, J., entered October 16, 1986. *Reversed* by unpublished opinion per Webster, J., concurred in by Grosse and Winsor, JJ.